## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:23-cr-239-RJC |
| | ) | |
| | ) | **BILL OF INFORMATION** |
| | ) | |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 2243(a) |
| | ) | |
| | ) | |
| KEVIN PAIK | ) | |
| | ) | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Between on or about December 26, 2022 and on or about December 27, 2022, within the special maritime and territorial jurisdiction of the United States, the defendant,

**KEVIN PAIK,**

did knowingly engage in a sexual act, to wit, contact between the penis and the vulva, with Minor Victim, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendant, in violation of Title 18, United States Code, Section 2243(a).

DENA J. KING
UNITED STATES ATTORNEY

STEPHANIE L. SPAUGH
ASSISTANT UNITED STATES ATTORNEY

DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY