Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ◉ NO

**DOCKET NUMBER:** 3:23-CR-239-RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | KEVIN PAIK |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | |
| Magistrate Judge Case Number | : | |
| Search Warrant Case Number | : | |
| Miscellaneous Case Number | : | |
| Rule 20b | : | |
| **SERVICE OF PROCESS** | : | SUMMONS |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ◯ Petty   ◯ Misdemeanor   ◉ Felony

18 U.S.C. §2243(a)

**JUVENILE:**   ◯ Yes   ◉ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | Stephanie Spaugh |
| **VICTIM/WITNESS COORDINATORS:** | | Shirley Rutledge |
| | | |
| **INTERPRETER NEEDED** | : | No |
| **LIST LANGUAGE AND/OR DIALECT:** | | N/A |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | PARTIES TO FILE PLEA AGREEMENT |